UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 6:10-bk-02023-ABB

PAUL W. FLESH and  CHAPTER 7
VANESSA C. FLESH,

    Debtors.
_____/

NOTICE OF TAKING RULE 2004 EXAMINATIONS AS PART OF
DUE DILIGENCE FOR PROPOSED SALE
(Date and Times Agreed to by Deponent)

**PLEASE TAKE NOTICE** that counsel depositions of (i) the Corporate Representative of CFP at Waterford LLC, at 10:00 a.m. on Tuesday, July 6, 2010, (ii) the Corporate Representative of Waterford Lakes Capital Partners, LLC, at 10:15 a.m. on Tuesday, July 6, 2010, and (iii) the Corporate Representative of Avia Capital Partners LLC, at 10:30 a.m. on Tuesday, July 6, 2010, will be conducted at the offices of Broad and Cassel, and Deponent is to bring with them the following:

See **Schedule "A"** attached hereto.

The oral examination is being taken as part of due diligence for the proposed sale as more fully set forth in the *Chapter 7 Trustee's Motion to (i) Authorize Sale of Estate's Minority Interests in Certain Closely Held Entities Subject to Higher Offers, (ii) Approve Break Up Fee and (iii) Implement Right of First Refusal* (DE 35).

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic noticing or U.S. Mail to: Attorney for Debtor: Frank M. Wolff, Esquire, Wolff Hill McFarlin & Herron PA, 1851 West Colonial Drive, Orlando, FL 32804; Debtors: Paul W. Flesh and Vanessa C. Flesh, 2266 Three Rivers Drive, Orlando, FL 32828; Attorney for Buyer: Roy S. Kobert, P.A., Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, Florida 32801; all Parties listed on the attached creditors matrix, the Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, and the other Members of the Entities: Whitney W. Harp, 12850 Waterford Lakes Parkway, Orlando, FL 32828; Andrew C. Shumway, 14155 Popcorn Tree Court, Orlando, Florida 32828; Brent Baldasare, 2806 Northampton Avenue, Orlando, Florida 32828; Brent R. Baldasare, 2806 Northamton Avenue, Orlando, Florida 32828; Daniel R. Saile, 2452 Bancroft Boulevard, Orlando, Florida 32833; and Leon and Corina Sacco, 2438 River Rise Orlando, FL 32828 this 30th day of June, 2010.

**BROAD AND CASSEL**
Attorneys for the Proposed Buyer
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377

/s/ Roy S. Kobert

By:_____
Roy S. Kobert, Esq.
Florida Bar No. 777153
rkobert@broadandcassel.com

4824-9528-1670.1
44041/0001

# DEFINITIONS AND INSTRUCTIONS TO EXHIBIT "A"

Unless the context indicates otherwise, the following definitions apply to each category of documents listed below and are incorporated by reference into each specific request for documents:

A. The word "**Document**" shall mean any written or graphic matter or other means of preserving thought or expression, and all tangible things (including the original, all copies and all drafts) from which information can be processed or transcribed, including, but not limited to, correspondence, memoranda, notes, electronic messages or e-mails, messages, letters, telegrams, teletype messages, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, schedules, affidavits, contracts, transcripts, surveys, graphic representations of any kind, photographs, graphs, microfilm, videotapes, tape recordings, motion picture or other films.

B. The word "**Agreement**" shall be deemed to include any agreement executed or in effect at any time during an indicated period, regardless of whether it was thereafter superseded, amended, modified, rescinded or revoked. Production of an Agreement shall be deemed to require production of any draft and of any copy of the agreement, or the draft thereof which differs in any respect from such original or draft or any unexecuted version of the Agreement.

C. The word "**Person**" shall be deemed to mean any natural person, the estate of any natural person or any legal entity, including, but not limited to, a

-3-

corporation, a partnership, and an unincorporated association, and any officer, director, employee, agent or other person acting or purporting to act on its behalf.

D. The word "**Petition Date**" shall mean the date of the bankruptcy filing: February 11, 2010.

E. Any request for production of documents shall be deemed to require production of each and every such thing executed, created, prepared, received or in effect at any time to the present, or during any other indicated period of time.

F. The word "**Debtors**" shall refer to PAUL W. FLESH and VANESSA C. FLESH, and any agent, employee or other person acting or purporting to act, or who acted or purported to act, on behalf of PAUL W. FLESH and VANESSA C. FLESH at any time until the present time, or during any other indicated period of time.

G. Whenever appropriate, the conjunctive "**and**" should be interpreted in the disjunctive to include the term "**or**" and vice versa.

H. Whenever appropriate, the singular form of a word should be interpreted in the plural and vice versa.

I. Any documents responsive to this request which, nonetheless, are not produced by reason of a claim of privilege work product or for any other reason shall be identified in writing by (1) date; (2) author; (3) recipient; (4) general subject matter; (5) identity of person or persons to whom the contents of the document have already been revealed; (6) the identity of the person or entity now in possession or control of the document; (7) the basis upon which it is being withheld.

4824-9528-1670.1
44041/0001

## SCHEDULE "A"

### (ALL WORDS IN BOLD/CAPS ARE DEFINED HEREIN.)

1. A copy of the corporate record book or **DOCUMENTS** that confirm the **DEBTORS'** ownership interest in CFP at Waterford LLC.

2. A copy of the corporate record book or **DOCUMENTS** that confirm the **DEBTORS'** ownership interest in Waterford Lakes Capital Partners LLC.

3. A copy of the corporate record book or **DOCUMENTS** that confirm the **DEBTORS'** ownership interest in Avia Capital Partners LLC.

4824-9528-1670.1
44041/0001

Label Matrix for local noticing
113A-6
Case 6:10-bk-02023-ABB
Middle District of Florida
Orlando
Wed Jun 30 14:54:39 EDT 2010

APPALACHIAN COMMUNITY BANK
C/O THOMPSON, O'BRIEN ETAL
40 TECHNOLOGY PKWY SOUTH
STE 300
NORCROSS, GA 30092-2924

APW Real Estate Development
2266 Three Rivers Dr
Orlando, FL 32828-6417

AT & T
PO Box 105503
Atlanta, GA 30348-5503

AT&T Mobility
c/o Nationwide Recovery Sys
2304 Tarpley Dr #134
Carrollton, TX 75006-2470

American Collection Systems
Attn R. Hartley
2500 Corporate Exchange Dr
Columbus, OH 43231-7665

American Collection Systems
PO Box 1968
Southgate, MI 48195-0968

American Collection Systems
PO Box 29117
Columbus, OH 43229-0117

Andrew C Shumway
3440 N Goldenrod Road
Apt 427
Winter Park, FL 32792-8768

Appalachian Community Bank
109 Blue Ridge Dr
Mc Caysville, GA 30555-2767

Appalachian Community Bank
a/k/a Gilmer Bank
PO Box 10
109 Blue Ridge Drive
Mc Caysville, GA 30555-2767

Appalachian Community Bank
c/o Bret T Thrasher, Esq
Thompson, O'Brien, et al, PC
40 Technology Pkwy S #300
Norcross, GA 30092-2924

Avia Capital Partners LLC
c/o Brent Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

Avia Management LLC
c/o Brent Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BB&T
PO Box 2067
Greenville, SC 29602-2067

BB&T of TN Business Loan Cen
PO Box 530003
Charlotte, NC 28258-0003

BSCT Holdings, LLC
Attn Raul Sacarras
3708 South Conway Rd
Orlando, FL 32812-7608

Baker Hostetler, LLP
PO Box 112
Orlando, FL 32802-0112

Baldwin Accounting CPA
5728 Major Blvd Ste 501
Orlando, FL 32819-7970

Bank of America
450 American St
Simi Valley, CA 93065-6285

Bank of America
BAC Home Loans Servicing LP
PO Box 660833
Dallas, TX 75266-0833

Bank of America
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Beverly Nairn
c/o Worldwide Capital Mtg
1855 W SR 434
Suite 267
Longwood, FL 32750-5070

Blue Ridge Georgia
Capital Partners, LLC
c/o Brent Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

Branch Banking & Trust Company
c/o Law Offices of Daniel C. Consuegra
Daniel C Consuegra
9204 King Palm Dr
Tampa, FL 33619-1328

Brent & Angela Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

Brent Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

Build It Construction, Inc
2266 Three Rivers Drive
Orlando, FL 32828-6417

CFP at UCF, LLC
d/b/a The Firkin & Knight
12850 Waterford Lakes Pkwy
Suite 10
Orlando, FL 32828-7098

CFP at UCF, LLC
d/b/a The Firkin & Knight
c/o Paul Flesh
2266 Three Rivers Dr
Orlando, FL 32828-6417

CFP at Waterford, LLC
d/b/a The Firkin & Kegler
12850 Waterford Lakes Pkwy
Suite 10
Orlando, FL 32828-7098

Cahours Brothers
c/o Richard Bergholtz, Esq
3747 Lake Center Dr
Mount Dora, FL 32757-2363

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), NA
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Cemex Construction Materials
Attn Danielle Belcher
3626 Quadrangle Blvd Ste 200
Orlando, FL 32817-8348

Central FL Pubs, LLC
d/b/a Firkin Group of Pubs
12850 Waterford Lakes Pkwy
Orlando, FL 32828-7098

Charlton Stoner, PA
500 S Pointe Dr Ste 230
Miami Beach, FL 33139-7318

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Citi
PO Box 660370
Dallas, TX 75266-0370

Citi Mastercard
PO Box 7032
Sioux Falls, SD 57117-7032

Citibank (South Dakota), NA
Citimaster Card
Processing Center
Des Moines, IA 50364-0001

Citibank (South Dakota), NA
Customer Service Center
PO Box 6500
Sioux Falls, SD 57117-6500

Citibank South Dakota
c/o Daniella Diaz
Zakheim & Associates
1045 S University Dr Ste 202
Plantation, FL 33324-3333

Citicorp Credit Services Inc
Processing Center
Des Moines, IA 50364-0001

City Electric Supply
c/o Lewis W Stone, Esq
4850 N Hwy 19A
Mount Dora, FL 32757-2008

Concord Funding Group
57 Watermark Dr
Tiverton, RI 02878-4272

Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

Craig Buschbom
2805 Northampton Ave
Orlando, FL 32828-7912

Daniel Saile &
Patricia Spinelli
2452 Bancroft Blvd C39
Orlando, FL 32833-3807

David D Howes
2114 The Oaks Blvd
Kissimmee, FL 34746-3810

David Edmundson
623 Carey Way
Orlando, FL 32825-6916

Dennis Rakaukas
9904 Montclair Circle
Apopka, FL 32703-1969

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
2500 Lake Cook Road
Riverwoods, IL 60015-1838

Discover Bank
PO Box 6403
Carol Stream, IL 60197-6403

Discover Bank
c/o Brian K Szilvasy, Esq
Zwicker & Associates, PC
3030 Hartley Rd Ste 150
Jacksonville, FL 32257-8210

Discover Financial Svcs, LLC
PO Box 15316
Wilmington, DE 19850-5316

Edgewood Estates, LLC
c/o Brent & Angela Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

| | | |
|---|---|---|
| Equity Auto Financing, Inc<br>Attn Lauren Wright<br>2718 W Oakland Park Blvd<br>Fort Lauderdale, FL 33311-1336 | Eric Janowitz<br>2974 Sweetspire Cir<br>Oviedo, FL 32766-6615 | Erik Lerner<br>1405-D Hiawassee Rd<br>Orlando, FL 32835-5786 |
| FDIC<br>f/k/a OMNI Bank<br>Attn Cole Kirk<br>Six Concourse Pkwy #2300<br>Atlanta, GA 30328-6185 | Paul W Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828-6417 | Vanessa C Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828-6417 |
| Florida Bank of Commerce<br>c/o Maureen A. Vitucci<br>GrayRobinson, P.A.<br>301 E. Pine Street<br>Suite 1400<br>Orlando, FL 32801-2798 | Florida Bank of Commerce<br>c/o Craig E Polejes<br>105 E Robinson Street<br>Suite 303<br>Orlando, FL 32801-1622 | Florida Bank of Commerce<br>c/o John M Brennan<br>PO Box 3068<br>Orlando, FL 32802-3068 |
| Florida Bank of Commerce<br>c/o Maureen A Vitucci<br>PO Box 3068<br>Orlando, FL 32802-3068 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | (p)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 |
| Gavin Neumann<br>Corporate Kitchen Consultant<br>20 Steelcase Rd West Unit 1C<br>Markham ON<br>L3R 1B2 | Global Credit Collection<br>300 I-Drive Suite 100<br>PMB 10015<br>Buffalo, NY 14221 | H and H Stucco & Stone, Inc<br>Attn Lisa Oonk, Esq<br>5201 W Kennedy Blvd<br>Suite 450<br>Tampa, FL 33609-1861 |
| H and H Stucco & Stone, Inc<br>c/o Brian D Solomon, PL<br>101 E 13th St<br>Saint Cloud, FL 34769-4749 | Hartford South, LLC<br>Attn Jay Rintelmann<br>7326 Orange Ave<br>Orlando, FL 32809-6055 | Hartford South, LLC<br>PO Box 593515<br>Orlando, FL 32859-3515 |
| Hartford South, LLC<br>c/o B. McDowell, Esq<br>Holland & Knight<br>200 S Orange Ave Ste 2600<br>Orlando, FL 32801-3453 | Home Depot Credit Card Svcs<br>Ccs Gray Ops Center<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Home Depot Credit Card Svcs<br>PO Box 559000<br>Dallas, TX 75255-9000 |
| Home Depot Credit Services<br>PO Box 6925<br>The Lakes, NV 88901-6925 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interstruct, Inc<br>Attn Richard Monroe<br>121 S Orange Ave<br>Suite 820N<br>Orlando, FL 32801-3233 |
| J.W. Stephens<br>3387 E 1st Street<br>Blue Ridge, GA 30513-7115 | Jackie D Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820-1145 | Jim's Plumbing & Irrigation<br>6915 Partridge Ln<br>Orlando, FL 32807-5313 |
| John Alexandrou<br>3925 Peppervine Dr<br>Orlando, FL 32828-7710 | Jonathan & Arlene Noble<br>2500 Milvia Street<br>Suite 218<br>Berkeley, CA 94704-2636 | Jeffry R Jontz<br>Swann & Hadley PA<br>1031 W Morse Boulevard<br>Post Office Box 1961<br>Winter Park, FL 32790-1961 |

Kenneth McKinney
10355 Stone Glen Dr
Orlando, FL 32825-8534

Law Offices
McCalla Raymer, LLC
1544 Old Ababama Rd
Roswell, GA 30076-2102

Leasing Innovations, Inc
87 Summer Street
4th Floor
Boston, MA 02110-1208

Leasing Innovations, Inc
c/o Kenneth Rubinstein, Esq
Nelson, Kinder, et al, PC
99 Middle Street
Manchester, NH 03101-1955

Leon & Corina Sacco
2438 River Rise Court
Orlando, FL 32828-7788

Linda D Axwell
15600 SW 36th Street
Ocala, FL 34481-5903

Scott A Livingston
Stovash Case & Tingley PA
200 South Orange Avenue
Suit 1220
Orlando, FL 32801-3439

Scott A Livingston
Stovash, Case & Tingley, P.A.
200 South Orange Avenue
Suite 1220
Orlando, FL 32801-3439

Luks, Santaniello, et al
c/o Oretes Perez
110 Tower, 20th Fl
110 SE 6th St
Fort Lauderdale, FL 33301-5000

Mathew C Westheimer
8515 W McNab Road
Fort Lauderdale, FL 33321-3209

Mathew Hand
2288 Holly Pine Cir
Orlando, FL 32820-2275

Mountain Tracks
Developing & Building, LLC
c/o J.W. Stephens, RA
3387 E 1st Street
Blue Ridge, GA 30513-7115

Nature's Estates Resort &Spa
c/o Brent Baldasare
2806 Northampton Ave
Orlando, FL 32828-7911

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Our Father's Properties, LLC
1705 E Highway 50
Clermont, FL 34711-5186

Paul C. Sorchy II
1705 E Hwy 50 Ste B
Clermont, FL 34711-5186

Prime Rate/BB&T
223 West Nash St
Wilson, NC 27893-3801

R.W. Banks Real Estate Inc
c/o Robert W Banks
3022 Lakewood Lane
Hollywood, FL 33021-2643

Roadloans
PO Box 661028
Sacramento, CA 95866-1028

Roadloans.com
7711 Center Ave
Suite 100
Huntington Beach, CA 92647-3070

Roadloans.com
PO Box 4459
Huntington Beach, CA 92605-4459

SBA
409 3rd Street SW
Washington, DC 20416-0005

Stacey-Ann Saint-Hubert
Florida Default Law Group
Post Office Box 25018
Tampa, FL 33622-5018

Samuel T Li
832 Monte Rosa Lane
Manteca, CA 95337-6690

Santander Consumer
PO Box 660633
Dallas, TX 75266-0633

Scott T Frazier
Terry and Frazier PA
125 E Jefferson Street
Orlando, FL 32801-1803

Shands HealthCare
PO Box 3475
Toledo, OH 43607-0475

Shands Teaching Hospital
PO Box 100005
Atlanta, GA 30384-0005

Shmuel Goshen
749 De Soto Drive
Palo Alto, CA 94303-2807

Robert J. Stovash
Stovash, Case &Tingley, P.A.
200 South Orange Avenue
Suite 1220
Orlando, FL 32801-3439

| | | |
|---|---|---|
| Susan M Collins<br>4124 Pebblebrook Court<br>Orlando, FL 32820-1408 | Swell Construction<br>c/o Ryan E Davis, Esq<br>PO Box 1391<br>Orlando, FL 32802-1391 | The Bank of New York Mellon<br>Kahane and Associates<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324-3292 |
| The Ferkin Pub<br>20 Steelcase Rd West<br>Unit 1C<br>Markham, ON L3R1B2<br>Canada | Robert E Thomas<br>Post Office Box 5075<br>Winter Park, FL 32793-5075 | Titanium Solutions Inc<br>5225 W Wiley Post Way<br>Suite 150<br>Salt Lake City, UT 84116-3264 |
| Tri Tech Air Conditioning<br>Attn Barry Kalmanson, Esq<br>500 N Maitland Ave<br>Suite 305<br>Maitland, FL 32751-4463 | Trustco Bank<br>P. O. Box 1961<br>Winter Park, FL 32790-1961 | Trustco Bank<br>Attn George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302-3503 |
| Trustco Bank<br>c/o Jeffry Jontz, Esq<br>Swann & Hadley, PA<br>PO Box 1961<br>Winter Park, FL 32790-1961 | UCF Convocation Center<br>Bldg 50 N Gemini Blvd<br>Orlando, FL 32816-0001 | UCF Convocation Center<br>c/o Richard E Mitchell, Esq<br>GrayRobinson, PA<br>PO Box 3068<br>Orlando, FL 32802-3068 |
| United States Trustee - ORL7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Maureen A Vitucci<br>Gray Robinson PA<br>301 East Pine Street<br>Suite 1400<br>Orlando, FL 32801-2798 | Wachovia Bank, NA<br>450 American St SV<br>Simi Valley, CA 93065-6285 |
| Wachovia Bank, NA<br>PO Box 3117<br>Winston Salem, NC 27102-3117 | Wachovia Bank, NA<br>PO Box 96074<br>Charlotte, NC 28296-0074 | Wachovia Bank, NA<br>Retail Credit Collections<br>PO Box 45092<br>Jacksonville, FL 32232-5092 |
| Wachovia Bank/FIU<br>PO Box 3117<br>Winston Salem, NC 27102-3117 | Waterford Lk Capital Partner<br>12850 Waterford Lakes Pkwy<br>Orlando, FL 32828-7098 | Jason A Weber<br>Kahane and Associates, P.A.<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |
| Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank, NA<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Wells Fargo Equity Resource<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 |
| Wells Fargo Home Mortgage<br>3480 Stateview Blvd<br>Fort Mill, SC 29715-7203 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828-7516 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828-7516 | Frank M Wolff<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Woodbury, LLC<br>3440 N Goldenrod Rd #427<br>Winter Park, FL 32792-8768 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
223 West Nash St
Wilson, NC 27893

(d)BB&T
PO Box 2306
Wilson, NC 27894

Chrysler Financial
5225 Crooks Rd
Suite 140
Troy, MI 48098

(d)Chrysler Financial
Credit Dispute Dept
PO Box 9223
Farmington, MI 48333

Discover Bank
12 Reads Way
New Castle, DE 19720-1649

(d)Discovery Card
PO Box 15316
Wilmington, DE 19850-5316

Focus Receivables Management
1130 Northchase Pkwy
Suite 150
Marietta, GA 30067

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)APW Real Estate Development
2266 Three Rivers Drive
Orlando, FL 32828-6417

(d)Avia Management LLC
c/o Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828-7911

(u)Arthur B. Briskman
Orlando

(d)Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130-0281

(u)Christine Henderson
STREET
CITY

(u)Citi
PO Box 689020

(d)Interstruct, Inc
Attn Richard Monroe
121 S Orange Ave Ste 820N
Orlando, FL 32801-3233

(d)Leon and Corina Sacco
2438 River Rise Court
Orlando, FL 32828-7788

(u)WT Electrical Contractor Inc
Attn Wilson Tabares
1990 S Chickasaw Trail

End of Label Matrix
Mailable recipients    149
Bypassed recipients      9
Total                  158