

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Monday
August 16, 2010

HONORABLE ARTHUR B. BRISKMAN                      COURTROOM A

CASE NUMBER: 10-02023-6B7   FILING DATE: 02/11/2010 (BAPCPA)   HEARING TIME: 02:30 P.M.

DEBTOR: PAUL W FLESH
        VANESSA C FLESH

Debtor Atty: FRANK M WOLFF
Trustee: ROBERT E THOMAS

HEARING:

MOTION BY TRUSTEE TO (I) AUTHORIZE SALE OF ESTATE'S MINORITY INTEREST IN CERTAIN CLOSELY HELD ENTITIES SUBJECT TO HIGHT OFFERS, (II) APPROVE BREAK UP FEE AND (III) IMPLEMENT RIGHT OF FIRST REFUSAL (DOC #35)


APPEARANCES:

DOUG GOLDIN: TEE ATTY


RULING:

APPROVED, ORDER BY THOMAS